# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-10176 JAK (SHKx) | Date | March 25, 2020 |
| Title | Kimberly Simmons v. United States of America | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Cheryl Wynn | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

Plaintiff, who is self-represented, brought this action in the Los Angeles Superior Court. The action was removed on December 2, 2019. Dkt. 2. Since that time, the Clerk has mailed seven documents to Plaintiff concerning the procedures for prosecuting this action. All have been returned as undeliverable. *See* Dkts. 16-22 (reflecting undelivered mails for Dkts. 4, 5, 8, 9, 12, 13). Under Local Rule 41-6, "[a] party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any." Local Rule 41-6 permits dismissal of an action where mail directed to a pro se plaintiff's address of record is returned undelivered and plaintiff "fails to notify, in writing, the Court and opposing parties of said plaintiff's current address." The most recent Order that was sent to Plaintiff on or about January 14, 2020 (Dkt. 14) has not been returned as undeliverable. However, Plaintiff has not responded or otherwise pursued this action. Defendant has requested dismissal under Local Rule 41-6, for Plaintiff's failure to provide an up-to-date address to the Clerk, thereby limiting the proceedings in this action. Dkts. 15, 23.

Plaintiff has taken no action to prosecute this action since its removal approximately four months ago. For example, Plaintiff has made no request to set a hearing on the request for a restraining order, or otherwise responded to communications mailed to her by the Clerk. Further, as noted by the Government, Plaintiff has not provided a reliable mailing address as required so that matters mailed by the Clerk about the prosecution of this action can be delivered to Plaintiff. In light of this failure to comply with required procedures, an Order to Show Cause ("OSC") is now issued, and Plaintiff is ordered, on or before April 17, 2020, to file a written statement on the docket in this action, as to why the action should not be dismissed for lack of prosecution. Any response to the OSC shall also provide a current and reliable mailing address for Plaintiff. Upon the filing and review of any response by Plaintiff to the OSC, the Court will determine whether to discharge the OSC, with this action to proceed,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-10176 JAK (SHKx) | Date | March 25, 2020 |
|---|---|---|---|
| Title | Kimberly Simmons v. United States of America | | |

or to dismiss this action for lack of prosecution. If Plaintiff fails to respond to the OSC as ordered, this action will be dismissed.

**IT IS SO ORDERED.**

                                                                       :

Initials of Preparer    cw